■ In the Matter of the Claim of CARMELLA CARDAMONE, Appellant, against TOWN OF BROOKHAVEN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ORLEAN COLE et al., Appellants, against WM. BARNET & SON, INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeals dated May 9, 1951, and September 9, 1951, granted, by default. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ FRANK DONNELLY, Appellant, v. BENJAMIN MASKIN, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ W. W. GETTYS, Respondent, v. BERNARD JONAS, Appellant.— Appeal dismissed upon stipulation, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FURMAN HOBBY, Appellant.— Application by defendant for an order directing the stenographic minutes as well as affidavits and other papers be furnished him without charge. The moving papers do not state whether an appeal is pending or for what purpose the application is made. Application denied, without prejudice. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of THOMAS KIRK, Appellant, against NEW YORK CITY BOARD OF EDUCATION, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, by default. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of SIGMOND KRASINSKI, by JEAN K. KRASINSKI, His Committee, Appellant, against AMERICAN BRASS COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD MAFERA, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, et al., Respondents.— Motion for extension of time within which to perfect appeal. Motion denied, as unnecessary. This is a civil proceeding, not a criminal action. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS A. MASSENGALE, Appellant.— Application for extension of time for filing brief on appeal denied, as unnecessary. This is a civil proceeding, not a criminal action. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ AGNES MYERS, Respondent, v. ROBERT H. HART, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of JOHN J. O'CONNOR, Petitioner, against NEW YORK STATE EMPLOYEES RETIREMENT SYSTEM et al., Respondents.— Motion to dismiss proceeding granted, by default. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See *post,* p. 851.]

■ In the Matter of JOSEPH P. ROCHE as Clerk and Custodian of Records of the Children's Court of Albany County.— Application to destroy certain records. Application granted. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.